UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

---

| | |
|---|---|
| NEW JERSEYCARPENTER FUNDS; NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.C.<br><br>        Petitioners,<br><br>v.<br><br>ENGINEERED FRAMING SYSTEMS; EFS OF NEW JERSEY<br>        Respondent. | HON. WILLIAM J. MARTINI<br>CIVIL ACTION NO. 07-3824<br><br>**<u>ORDER</u>** |

The above application for special appointment to serve process is GRANTED.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Federal Rule of Civil Procedure 4(G) filed with the Clerk together with the original process.

IT IS FURTHER ORDERED that entry hereof implies no ruling of the validity of such service.

Dated: 6/23/08                             *Charlie Sanders*
                                                      DEPUTY CLERK

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

efs writ.doc